**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

IKE BEYALE,

Plaintiff,

v. Civ. No. 25-1327 JFR/SCY

PHI HEALTH, LLC and
JOHN DOE,

Defendants.

**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION
REGARDING DOE DEFENDANT**

This matter comes before the Court on the Order to Show Cause. Doc. 54. In that Order, the Court explained that the complaint names as defendant John Doe and that the deadline to serve that defendant, according to Federal Rule of Civil Procedure 4(m), has expired. *Id.* at 1. The Court therefore

> notifie[d] Plaintiff that it will recommend dismissal without prejudice of the claims against Defendant John Doe for failure to serve, absent a showing of good cause to extend the deadline to move to amend the complaint to substitute Defendant Doe as a named party and absent a showing of good cause for the failure to serve.

*Id.* at 2. The Court set a deadline of November 23, 2026 for Plaintiff to provide a written explanation showing good cause to extend the deadline to move to amend and good cause for failure to serve. *Id.* That deadline has now passed and Plaintiff failed to provide any such explanation. Accordingly, I recommend that the Court dismiss without prejudice Defendant Doe.

STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE

**THE PARTIES ARE FURTHER NOTIFIED THAT WITHIN 14 DAYS OF SERVICE** of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636(b)(1). **A party must file any objections with the Clerk of the District Court within the fourteen-day period if that party wants to have appellate review of the proposed findings and recommended disposition. If no objections are filed, no appellate review will be allowed.**